UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LANA ROMMAN, derivatively on behalf of
YUHE INTERNATIONAL, INC.,

    Plaintiff,

v.

ZHENTAO GAO, CHENGXIANG HAN, PETER LI, GREG HUETT, YAOJUN LIU and GANG HU,

    Defendants,

and

YUHE INTERNATIONAL, INC.,

    Nominal Defendant.

Case No: 2:11-cv-01178-MMD-CWH

**ORDER GRANTING COGBURN LAW OFFICES AND LEVI & KORSINSKY LLP LEAVE TO WITHDRAW AS COUNSEL**

This matter comes before the Court upon the Cogburn Law Offices and Levi & Korsinsky LLP's Motion to Withdraw As Counsel ("Motion"). The Court having reviewed the Motion and other relevant information, it is on this **18th** day of December, 2012 hereby

**ORDERED** that the Cogburn Law Offices and Levi & Korsinsky LLP are granted leave to withdraw as counsel in this case; and it is

**FURTHER ORDERED** that the attorneys of the Cogburn Law Offices and Levi & Korsinsky LLP are relieved of further responsibility to represent Lana Romman in this case; and it is

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   **FURTHER ORDERED** that counsel and the parties to this matter shall serve copies of
2   such pleadings, motions, orders, correspondence and other documents, as may be necessary,
3   upon Lana Romman, at her last known address: 2923 State Street, Dallas, TX 75204.

DATED: December 18, 2012

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE