UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANA ROMMAN, *on behalf of Yuhe International, Inc.*,<br><br>Plaintiff,<br><br>v.<br><br>ZHENTAO GAO, et al.,<br><br>Defendants. | Case No. 2:11-cv-01178-MMD-CWH<br><br>ORDER<br><br>(Plaintiff's Motion to Extend Time for Service of the Complaint – dkt. no. 15) |

Plaintiff filed a Motion to Extend Time for Service of the Complaint (dkt. no. 15), requesting 120 days from the date of filing, August 10, 2012, to effect Service of the Summons and Complaint on the Defendants. (Dkt. no. 15-9 at 2, ¶ 2.) Plaintiff subsequently effected service upon several Defendants, but not all Defendants (*see* dkt. nos. 16 and 19). GOOD CAUSE APPEARING, Plaintiff's Motion (dkt. no. 15) is HEREBY GRANTED.

DATED THIS 18th day of March 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE