UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANA ROMMAN, *on behalf of Yuhe International, Inc.*,<br><br>Plaintiff,<br><br>v.<br><br>YUHE INTERNATIONAL, INC., et al.,<br><br>Defendants. | Case No. 2:11-cv-01178-MMD-CWH<br><br>ORDER |

This action was filed on July 19, 2011. (Dkt. no. 1.) On July 11, 2012, the Court issued a notice of intent to dismiss all Defendants pursuant to Fed. R. Civ. P. 4(m) unless proof of service upon all Defendants was filed by August 10, 2012. (Dkt. no. 11.) To date, no proof of service has been filed upon Defendants Zhentao Gao, Chengxiang Han, Peter Li, Gang Hu, or Yaojun Liu.

Accordingly, IT IS ORDERED that Zhentao Gao, Chengxiang Han, Peter Li, Gang Hu, or Yaojun Liu are DISMISSED from this action.

DATED THIS 18th day of March 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE