UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANA ROMMAN, derivatively on behalf of YUHE INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZHENTAO GAO, CHENGXIANG HAN, PETER LI, GREG HUETT, YAOJUN LIU and GANG HU, <br><br> Defendants. <br><br> and <br><br> YUHE INTERNATIONAL, INC. <br><br> Nominal Defendant | Case No. 2:11-cv-01178-MMD-CWH <br><br> ORDER |

In its prior Order entered April 29, 2013 (dkt. no. 29), the Court granted Nominal Defendant Yuhe International, Inc.'s Motion to Dismiss (dkt. no. 23), on the grounds that Plaintiff Lana Romman, an unrepresented party, could not maintain a shareholder derivative action *pro se*. The Court dismissed the Complaint without prejudice, allowing Plaintiff thirty (30) days to obtain counsel and cure the deficiency. The Court stated that if Plaintiff did not obtain counsel within that time period, the Complaint would be dismissed with prejudice.

More than thirty (30) days have now passed, and Plaintiff has not filed any document with the Court or taken any other action indicating compliance with the Court's Order. Accordingly, the Court dismisses Plaintiff's Complaint with prejudice pursuant to its prior Order.

IT IS SO ORDERED.

DATED THIS 6th day of June 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE